AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Priority Mail parcel number 9505 5125 9019 9085 2204 30 addressed to Amy Andrews, 1157 Rickey St., N Charleston, SC 29405 | Case No. 2:19-cr-00367 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail parcel number 9505 5125 9019 9085 2204 30 addressed to Amy Andrews, 1157 Rickey St., N Charleston, SC 29405 which is being held at the Postal Inspection Service office in North Charleston, SC

located in the _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:
evidence, fruits and/or instrumentalities of narcotics trafficking, narcotics

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Prohibited Acts - Distribution of Controlled Substance |
| 21 USC 846 | Attempt and Conspiracy |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

T. Gasser - Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 3, 2019

*Judge's signature*

City and state: Charleston, SC

Mary Gordon Baker, U. S. Magistrate Judge
*Printed name and title*

I, T. Gasser, depose and state the following,

1. I am a United States Postal Inspector and have been so employed in this capacity since approximately 1999. I am currently assigned to the Charleston, SC domicile where my responsibilities include narcotics investigations where the United States Mail is used to transport illegal controlled substances or proceeds generated by their sale.

2. For the purpose of supporting an application for search warrant, I have set forth facts I believe are sufficient to establish probable cause that violations of Title 21 USC Section 841(a)(1) and 846 are contained within one Priority Mail parcel number 9505 5125 9019 9085 2204 30, hereinafter referred to as "subject parcel". This affidavit presents only the information I believe supports probable cause for a search warrant, not all information that has been derived from this investigation. The subject parcel is addressed to Amy Andrews, 1157 Rickey St., N Charleston, SC 29405 with a return address of Aaron Jennings, 1030 Bryant St, San Francisco, CA 94103.



TG



3. I have learned through prior investigations and trafficking intelligence developed by Postal Inspectors that the United States Postal Service's Express Mail and Priority Mailing services are frequently used by drug dealers for shipping controlled substances and/or proceeds from the sale of controlled substances, including, but not limited to cocaine, methamphetamine, heroin and marijuana. I also know from my training and experience that drug traffickers prefer overnight / priority delivery services because of their speed, reliability and the ability to track the article's progress to the intended delivery point.

4. The Postal Inspection Service and Charleston County Sheriff's Office are conducting a narcotics investigation relating to parcels being shipped from the San Francisco, CA area to North Charleston.

5. On or about March 26, 2019 Postal Inspectors identified two large parcels being mailed from the San Francisco area to 1157 Rickey St., N. Charleston, SC. Charleston County deputies identified that this address was being marketed as an Air B&B and appeared to have a vacationing family in the home. On March 27, 2019 law enforcement established surveillance at this address and observed delivery of the two parcels to the porch. After the delivery an individual pulled up to the front of the house, and loaded the parcels and an item from the garage into the bed of her truck and left. This individual did not appear to be associated with the vacationing family.

6. Surveillance units followed the truck to a convenience store where the driver exited the truck and went inside. A deputy walked by the truck and identified an odor consistent with marijuana emanating from the vehicle's bed area. After the vehicle departed the store a Charleston County Sheriff's Office marked unit initiated a traffic stop. A narcotics trained K9 performed a free air sniff around the exterior of the vehicle and alerted to the passenger side of the vehicle, and bed area. Based on this, deputies

searched the truck and found the boxes contained a combined weight of approximately 24 pounds of suspected marijuana.

7. On March 27, 2019 I received information from a USPS database that another parcel was mailed to 1157 Rickey St. from San Francisco. On March 28th the parcel arrived for delivery. I directed the delivery unit to have the carrier bring the parcel back to the station and hold it for me.

8. On March 29th I recovered the subject parcel. I noted it was coming from California which I know to be a source region for the shipment of narcotics. I asked Charleston County deputies to run the addressee and was told the name Amy Andrews did not come back to the delivery address. I know from training and experience that individuals shipping narcotics through the mail may use inaccurate, incomplete or fictitious addressee information as a way to disguise the identity of the true intended recipient.

9. On March 29, 2019 I contacted Detective White with the Charleston County Sheriff's Office for assistance to have his certified narcotics detection dog "Bostic" conduct an exterior examination of the subject parcel. The subject parcel was placed in a room at the Charleston County Sheriff's Office major crimes unit facility with three other parcels known to not contain narcotics. "Bostic" was allowed to search the room with his handler and "Bostic" exhibited a behavior change, went from an open to closed mouth, "hard pressed" his nose to the box and stayed in that position. Detective White said this constituted a positive alert indicating the presence of the scent of a controlled substance emanating from the subject parcel.

10. Detective White said he and Bostic are certified by the North American Police Work Dog Association and their last certification was November 2018. Detective White said Bostic has examined approximately 41 parcels with no false alerts. Detective White told me Bostic is trained to detect the scent of marijuana, cocaine, heroin and methamphetamine.

11. Based on this information, your affiant believes probable cause exists that the subject parcel contains evidence, fruits or instrumentalities of narcotics trafficking in violation of Title 21 USC Section 841(a)(1) and 846. The subject parcel has been maintained unopened in the custody of your affiant pending issuance of a search warrant.

12. I hereby request the court issue a search warrant for the subject parcel.

13. This affidavit has been reviewed by AUSA Nick Bianchi.

_____
T. Gasser
Postal Inspector

Sworn before me this 3rd day of April 2019.

_____
United States Magistrate Judge